**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOUGLAS FLAHERTY,

                                        Plaintiff,

    v.

TAHOE REGIONAL PLANNING
AGENCY,

                                        Defendant.

3:26-cv-00119-MMD-CSD

**ORDER**

Re:  ECF No. 6

Before the court is Plaintiff's Motion to Set Time for Opening Merits Brief. (ECF No. 6.) Defendant filed an opposition to Plaintiff's motion. (ECF No. 12.) To date, there has been no reply.

Plaintiff requests the court set the deadline for Plaintiff to file his "opening merits brief" twenty-one (21) days after Defendant lodges the administrative record. (ECF No. 6 at 1.)

In the Court's Order Setting Case Management Conference, the court ordered the parties to meet and confer prior to filing a Joint Case Management Conference Report and proposed Discovery Plan and Scheduling Order on or before April 30, 2026. (ECF No. 8.) The court assumes that the parties will arrive at a mutually agreeable schedule for lodging the administrative record and related briefing. Therefore, any proposed briefing schedule will require approval from the Court following the Case Management Conference on Monday, May 11, 2026.

/ / /

/ / /

1

Based on the above, Plaintiff's Motion to Set Time for Opening Merits Brief (ECF No. 6) is

**DENIED**.

**IT IS SO ORDERED.**

DATED:  March 30, 2026.



Craig S. Denney
United States Magistrate Judge