Graham St. Michel (#16989)
John V. Mensik (#16933)
Tahoe Regional Planning Agency
P.O. Box 5310
Stateline, Nevada 89449-5310
Tel: (775) 588-4547
gstmichel@trpa.gov
jmensik@trpa.gov

*Attorneys for Tahoe Regional Planning Agency*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS FLAHERTY<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>Defendant. | Case No.: 3:26-cv-00119-CSD<br><br>**STIPULATION AND MODIFIED SCHEDULING ORDER (First Request)**<br><br>Honorable Craig S. Denney |

On April 30, 2026, the Court entered the Scheduling Order in this matter. Dkt. 20. The Scheduling Order sets out a schedule for production of the administrative record, briefing of any administrative record issues, and cross-motions for summary judgment. The Scheduling Order further provided that "[i]f Plaintiff files a motion related to the administrative record . . . the summary judgment schedule outlined [in the Scheduling Order] shall be suspended," and that "[t]he Parties will submit a new, mutually agreeable summary judgment schedule within seven days of the Court's decision on Plaintiff's motion." Dkt. 20 at 3.

On August 3, 2026, Plaintiff Douglas Flaherty filed a Motion to Complete and/or Supplement the Administrative Record, for Judicial Notice, and for Related Relief. Dkt. 26. Pursuant to the Scheduling Order, the summary judgment schedule was therefore suspended while that motion remained pending. On October 21, 2026, the Court denied Plaintiff's Motion. Dkt. 34.

This is the Parties' first request to modify the summary judgment deadlines following the Court's October 21, 2026 Order. The requested modification is necessary to establish the new summary judgment schedule contemplated by the Court's original Scheduling Order. Accordingly, the Parties stipulate and agree, subject to Court approval, as follows:

- Plaintiff shall file his Motion for Summary Judgment by **January 15, 2027**, which can be up to 30 pages excluding tables and exhibits.
- Defendant Tahoe Regional Planning Agency ("TRPA") shall file its combined Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment by **March 5, 2027**, which can be up to 60 pages in length excluding tables and exhibits.
- Plaintiff shall file his combined Response to TRPA's Motion and Reply in support of his own Motion by **April 9, 2027**, which can be up to 50 pages excluding tables and exhibits.
- TRPA shall file its Reply in support of its Motion by **May 10, 2027**, which can be up to 20 pages excluding tables and exhibits.

This proposed Modified Scheduling Order retains the page limitations approved by the Court in the original Scheduling Order. *See* Dkt. 20 at 3-4. The circumstances supporting those page limitations and the departure from the Local Rules' standard briefing deadlines remain unchanged. *Id.*

DATED: October 27, 2026

TAHOE REGIONAL PLANNING AGENCY

/s/ Graham St. Michel

Graham St. Michel (#16989)
John V. Mensik (#16933)
P.O. Box 5310
Stateline, NV 89449-5310
(775) 588-4547
gstmichel@trpa.gov
jmensik@trpa.gov

*Attorneys for Tahoe Regional Planning Agency*

Douglas Edward Flaherty

Douglas E. Flaherty
774 Mays Blvd., 10-691
Incline Village, NV 89451
(714) 473-0508
TahoeBlue365@gmail.com

*Plaintiff Pro Se*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE

JUDGE DATED: October 27, 2026

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am an employee of Tahoe Regional Planning Agency and that I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically e-serve participating counsel. The Pro Se plaintiff listed below who is not registered for e-serve will be served by electronic and first-class mail:

Douglas E. Flaherty
774 Mays Blvd., 10-691
Incline Village, NV 89451
TahoeBlue365@gmail.com

DATED: October 27, 2026

By: K. Huston
Katherine Huston